JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAMTA SARNA and ANUPAM SANGAL, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID ROARK, Director of the Citizenship and Immigration Services Texas Service Center, <br><br> Defendant. | Case No. CV 12-1606 DMG (FFMx) <br><br> **ORDER RE DISMISSAL OF ACTION [5]** |

In accordance with the parties' stipulation, and good cause appearing,

**IT IS ORDERED** that Defendant United States Citizenship and Immigration Services shall adjudicate Plaintiffs' applications for adjustment of status within thirty days after a visa number becomes available to Plaintiffs Sarna and Sangal, provided that Plaintiffs continue to remain eligible to adjust their status and no waiver processing becomes necessary.

**IT IS FURTHER ORDERED** that the instant case be dismissed without prejudice, and both parties shall bear their own costs and fees.

Dated: May 30, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE